UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| ANTHONY SANDERS, | Case No. 1:10-cv-554 |
|---|---|
| Plaintiff, | |
| v. | HONORABLE PAUL L. MALONEY |
| STATE OF MICHIGAN DEPARTMENT OF CORRECTIONS, | |
| Defendant. | |

## JUDGMENT

Final judgment is hereby entered against the plaintiff and in favor of the defendant.

**IT IS SO ORDERED** on this  24th  day of November 2010.

/s/ Paul L. Maloney
Honorable Paul L. Maloney
Chief United States District Judge